**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

**MERISSA M. WELLS**

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj105/MD

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 C.F.R. § 210 and FSS 320.0605 | Failure to exhibit registration | 3/4/07 | Two |
| 32 C.F.R. §210 and FSS 316.183 | Speeding | 3/4/07 | Three |

Count(s) One is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than May 16, 2007.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 130.00 | $ 0.00 |

Date of Imposition of Sentence - 4/18/07

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 4-18-2007